IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD NORWOOD,

    Petitioner,               No. 2:09-cv-2047 JFM (HC)

   vs.

D.K. SISTO, Warden, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 10, 2009, petitioner filed a seven page petition challenging the 2008 denial of parole. However, on July 24, 2009, petitioner filed the same seven page petition challenging the 2008 denial of parole, along with about 109 pages of exhibits not included with the August 10 filing. Accordingly, petitioner's August 10 filing is duplicative of the petition filed July 24, 2009, and it will be placed in the court file and disregarded. The Clerk of the Court will be directed to serve a copy of this order on Michael Patrick Farrell, Senior Assistant Attorney General.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The duplicative petition, filed August 10, 2009, is disregarded; and

1

2. The Clerk of the Court shall serve a copy of this order on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: August 18, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; norw2047.dis